In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-15-00036-CV

_____

### IN RE MUJTABA ALI KHAN

### Original Proceeding

### MEMORANDUM OPINION

In a petition for writ of mandamus and request for temporary relief, Mujtaba Ali Khan asks this Court to direct the judge of the 284th District Court of Montgomery County, Texas to vacate a turnover order and to stay execution on a final judgment. Relator has not shown that he is entitled to mandamus relief. We deny the petition for a writ of mandamus and the motion for temporary relief. *See* Tex. R. App. P. 52.8.

PETITION DENIED.

PER CURIAM

Submitted on January 26, 2015
Opinion Delivered January 27, 2015

Before Kreger, Horton, and Johnson, JJ.

1